FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0558

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0558

RYAN PATRICK SULLIVAN,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

DEC 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Ryan Patrick Sullivan has filed a verified Petition for an Out-of-Time Appeal. He explains that he has been incarcerated in the Yellowstone County Detention Facility and that he was unable to timely appeal the court's decision. He includes the cause number for his postconviction matter in his sparsely worded pleading.

M. R. App. P. 4(6) reads that "[i]n the infrequent harsh case and under extraordinary circumstances, amounting to a gross miscarriage of justice, the supreme court may grant an out-of-time appeal."

We secured a copy of the register of actions and final judgment from the Thirteenth Judicial District Court, Yellowstone County. Sullivan filed a "Motion to Challenge the Validity of Sentence (Petition)" on August 31, 2020, concerning his underlying criminal case, Cause No. DC 18-321. On October 8, 2020, the District Court issued an Order denying his Petition after deeming his Petition as a petition for postconviction relief, or alternatively, a writ of habeas corpus.

Sullivan's appeal of this decision is timely. Whether a criminal or civil case, Sullivan has sixty days from the entry of the court's Order to file a notice of appeal because the State of Montana is a party to the proceeding. M. R. App. P. 4(5)(b)(i) and 4(5)(a)(i). For purposes of this appeal, we consider it solely as a denial of a petition for postconviction

relief because a person cannot appeal a District Court's denial of a petition for a writ of habeas corpus to this Court. *See Thomas v. Doe*, 2011 MT 283, 362 Mont. 454, 266 P.3d 1255. Accordingly,

IT IS ORDERED that Sullivan's Petition for an Out-of-Time Appeal is GRANTED, and the Clerk of the Supreme Court may file his Notice of Appeal as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ryan Patrick Sullivan along with a copy of this Court's Civil Appellate Handbook.

DATED this 8th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2